**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Waters Technologies Corp.,**</u>
          **Plaintiff**

     **V.**

<u>**Phenomenex, Inc.,**</u>
          **Defendant**

**CIVIL ACTION**

**NO. <u>15-cv-14206-DHH</u>**

<u>**ORDER OF DISMISSAL**</u>

<u>**Hennessy, M. J.**</u>

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court and in accordance with the Notice issued on <u>August 23, 2016</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

          By the Court,

<u>**September 19, 2016**</u>        <u>**/s/ Lisa Belpedio**</u>
      Date                              Deputy Clerk

**(Dismiss LR41order.wpd - 12/98)** **[odismr41.]**